**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7129**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

WARDELL JERMAINE MCCLAM, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Thomas D. Schroeder, District Judge. (1:08-cr-00230-TDS-1)

Submitted: December 15, 2016      Decided: December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Wardell Jermaine McClam, Jr., Appellant Pro Se. Robert Michael Hamilton, Harry L. Hobgood, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wardell Jermaine McClam, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. McClam, No. 1:08-cr-00230-TDS-1 (M.D.N.C. Aug. 16, 2016). We deny McClam's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED